

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00716-CV

Clark A. **TCHERNOWITZ**,
Appellant

v.

**GARDENS AT CLEARWATER**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 15542C
Honorable Susan Harris, Judge Presiding

# O R D E R

On November 16, 2015, this Court received a certificate of civil appeals filed by the Kerr County District Clerk. The Certificate serves as notice to this Court of Clark Tchernowitz's intention to appeal a final judgment signed on November 5, 2015. However, the notice of appeal is defective and does not satisfy Texas Rule of Appellate Procedure 25.1(d).

Therefore, appellant must file an amended Notice of Appeal that complies with Rule 25.1(d) on or before December 16, 2015. If a compliant amended Notice of Appeal is not filed by Appellant on or before this date, this Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3(a), (c).

On November 30, 2015, Appellant filed a letter with this Court requesting waiver of the filing fees due to his indigence. However, Appellant failed to file an affidavit of indigence in compliance with Texas Rule of Appellate Procedure 20.1. Therefore, appellant must file an affidavit of indigency that complies with Rule 20.1 on or before December 16, 2015. If a compliant affidavit of indigency is not filed by Appellant on or before this date, Appellant will be required to pay for the costs of any appeal. *See* TEX. R. APP. P. 20.1.

_____
Jason Pulliam, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.



_____
Keith E. Hottle
Clerk of Court